IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

RECEIVED
AUG 29 2011
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| DAVID RUIZ SINGH, <br> PETITIONER <br><br> VS. <br><br> UNITED STATES OF AMERICA <br> RESPONDENT | ) <br> ) <br> ) CASE NO._____ <br> ) (COURT USE ONLY) <br> ) <br> ) <br> ) <br> ) |

**APPLICATION FOR WRIT OF HABEAS CORPUS PURSUANT TO
28 U.S.C. 2241**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DAVID RUIZ SINGH, PETITIONER' IN THE ABOVE-ENTITLED CAUSE FILES ITS APPLICATION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 IN SUPPORT OF GOOD CAUSE FOR REASONS SET FORTH BELOW:

I

PETITIONER IS PRESENTLY CONFINED AND ILLEGALLY RESTRAINED AT THE FEDERAL BUREAU OF PRISONS, AT LEAVENWORTH USP KANSAS, REGISTERED NO. 07620-030, MAXIMUM DISCHARGE DATE 06-23-25, PROJECTED RELEASED DATE 11-23-22 FOLLOWING CONVICTION FOR (CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE 21 U.S.C.§ 841(a)(1) AND 21 U.S.C.§ 846 841(a)(1) and 841(b)(1)(A) AND 18 U.S.C. SECTION 2).:

II

PETITIONER MOVES AND URGES SAID COURT FOR REDUCTION OF HIS SENTENCE FOR CONSPIRACY TO DISTRIBUTE AND DISTRIBUTION OF METHAMPHETAMINE ON THE GROUNDS THAT NO EVIDENCE WAS SUBSTANTIALLY PROVING OTHER THAN HEARSAY TESTIMONIES INTRODUCED BY DRUG USER'S AND REVENGEFUL POLICE OFFICER'S WHOM CONSPIRED TO SEND ME TO PRISON.

## III

PETITIONER'S COUNSEL WRONGFULLY ADVISED PETITIONER NOT TO OBJECT TO FALSE CLAIMS AND DATES OF EVENTS WHICH WAS SOME KIND OF COURTROOM STRATEGIC PRACTICE THAT ONLY MADE PETITIONER TO APPEAR MORE OFFENSIVE AND DANGEROUS AND IRRELEVANT TO THE FACTS OF THE CHARGES BEING BROUGHT AGAINST PETITIONER.

PETITIONER ATTESTS THAT THE GOVERNMENT VIOLATED HIS FIFTH AMENDMENT DUE PROCESS RIGHTS BY IMPROPERLY SECURING A JOINDER OF PETITIONER UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 8(B), ALSO PETITIONER ATTESTS THAT TRIAL COUNSEL WAS INEFFECTIVE FOR FAILING TO PROPERLY ADDRESS THE PETITIONER'S MOTION TO SEVER REGARDING THE PREJUDICE THAT WOULD OCCUR AS A RESULT OF THE GOVERNMENT'S USE OF FALSE INFORMATION TO SECURE A JOINDER OF DEFENDANTS.

ALL PRIOR CONVICTIONS WERE NOT APPLICABLE BECAUSE PETITIONER'S CIVIL RIGHTS WERE RESTORED AND SINCE CONVICTIONS WAS EXPIRED PETITIONER IS ENTITLED TO SENTENCE REDUCTION OF HIS FEDERAL SENTENCE AS A MATTER OF LAW.

PROVISION OF STATUTE ON VACATING SENTENCES, PROVIDING THAT PETITIONER MAY BRING CLAIM OF RIGHT TO BE RELEASED ON GROUND THAT SENTENCE WAS OTHERWISE SUBJECT TO COLLATERAL ATTACK ENCOMPASSES OTHER THAN CONSTITUTIONAL OR STATUTORY ERROR.

STATUTE PROVIDING THAT ANY CONVICTION WHICH HAS BEEN EXPUNGED, SET-ASIDE, OR FOR WHICH A PERSON HAS BEEN PARDONED OR HAS HAD CIVIL RIGHTS RESTORED SHALL NOT BE CONSIDERED CONVICTION FOR PURPOSES OF STATUTORY CHAPTER ON CRIMES DID NOT MEAN THAT ONLY PAST OFFENSES VACATED PRIOR TO FEDERAL PROCEEDING COULD BE DISCOUNTED BY THE COURT IN DETERMING CRIMINAL HISTORY. STATUTE ALSO APPLIED TO CONVICTIONS EXPUNGED SEBSEQUENT TO THE FEDERAL SENTENCING.

PETITIONER'S CIVIL RIGHTS WERE RESTORED AND NOTICE HAD DID NOT ADDRESS WHETHER PETITIONER WAS UNDER ANY OBLIGATIONS OF SPECIFIC PERFORMANCE OF CONTRACTUAL AGREEMENT WITH U.S. CORPORATION OF AMERICA. THE FACT THAT ALL CIVIL RIGHTS WERE RESTORED ON THE GROUNDS OF ALL PRIOR CONVICTIONS BEFORE FEDERAL CHARGES, WITH THAT PETITIONER STATES SAID INFORMANT(S) TESTIMONY WERE SELF-SERVING AND UNRELIABLE AND HAS LEAD TO CONVICTION OF THE INNOCENT. See: SHELTON V. FLORIDA, No.6:07-co-839-cv-35-KRS(M.D.Fla.July 27,2011).(Florida's drug distribution law violation due process because it lacks a CRIMINAL INTENT REQUIREMENT).

IV

PETITIONER ATTESTS THAT NEW THE ENACTMENT OF NEW LEGISLATION AND/OR NEW CASE LAW COULD RESULT IN CLAIM OF ACTUAL, FACTUAL, OR LEGAL INNOCENCE See: 18 U.S.C.§3559(c)(7): REQUIREMENT FOR RESENTENCING IN FEDERAL COURTS.

ALTHOUGH PETITIONER SEEKING VACATION OF HIS SENTENCE MIGHT HAVE BEEN ABLE TO RAISE INVALIDITY OF HIS CONVICTION(S) AT TIME OF HIS FEDERAL SENTENCING SUCCESSFULLY, THE RULE OF CAUSE AND PREJUDICE DID NOT PRECLUDE HIM FROM LATER CHALLENGING HIS FEDERAL SENTENCE.

PETITIONER MAY APPLY FOR RE-OPENING OF ANY FEDERAL SENTENCE ENHANCED DO TO PRIOR CONVICTIONS WERE CIVIL RIGHTS WERE RESTORED AND RULE OF EVIDENCE WAS NOT SUFFICIENT ENOUGH PROVE GUILTY WITHOUT ASSOCIATION. FURTHERMORE PETITIONER'S FEDERAL SENTENCE IS NOW IN VIOLATION OF THE ORIGINAL CONSTITUTION OR LAWS OF THE UNITED STATES.

PETITIONER MOVES SAID COURT WHOM IMPOSED THE SENTENCE TO VACATE, SET ASIDE OR CORRECT HIS SENTENCE IN THIS MATTER OF LAW (See: CUSTIS v. U.S. 511 U.S. 485,114 S.Ct. 1732, 128 L.Ed 2d 517 (1994), U.S. v. PETTIFORD 962 F.2d 74(1st Cir 1992). PETITIONER IS ENTITLED TO SENTENCE REDUCTION ON THE GROUNDS THAT DISTRICT COURTS ENHANCEMENT WAS INCONSISTENT WITH APPRENDI V. NEW JERSEY, 530 U.S. 466(2000). AS A MATTER OF LAW PETITIONER'S SENTENCE WAS UNCONSTITUTIONAL, See:PETTIFORD V. U.S. 1995 WL 464920(D.MASS.1995), THAT DEFENDANT'S CASE WAS ENHANCED IN VIOLATION OF THE ORIGINAL CONSTITUTION.

WHEREFORE, PETITIONER DAVID RUIZ SINGH, "PRAYS" THAT SAID PETITIONER'S WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 IS GRANTED THE RELIEF HE IS JUSTLY ENTITLED TO AS A MATTER OF LAW IN THE BEST INTEREST OF JUSTICE AND THAT PETITIONER'S SENTENCE BE VACATED AND REMANDED FOR RE-SENTENCING.

RESPECTFULLY PRESENTED

BY: _____
DAVID RUIZ SINGH

## PROOF OF SERVICE

APPLICANT HEREBY HEREWITH CERTIFY THAT ON  8-25-11 , I MAILED A COPY OF THIS APPLICATION AND ALL ATTACHMENTS TO THE UNITED STATES DISTRICT ATTORNEY OFFICE AT U.S. COURTHOUSE ANNEX, 2nd FLOOR 110 E. COURT AVENUE Des Moines, Iowa 50309.

WHEREFORE, APPLICANT PRAYS THAT THE UNITED STATES COURT FOR THE EIGHT CIRCUIT GRANT AN ORDER AUTHORIZING THE DISTRICT COURT TO CONSIDER APPLICANT'S GREAT WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241.

I DECLARE UNDER PENALTY OF PERJURY THAT MY ANSWERS TO ALL THE QUESTIONS IN THIS APPLICATION ARE TRUE AND CORRECT.

EXECUTED ON  8-25-11

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION
P.O.BOX 9344
Des Moines, Iowa 50306

APPLICANT'S SIGNATURE
David Ruiz Singh,
Pro Se/Sui Juris
C/o [07620-030 ens-legis]
P.O.Box 1000 LVN-USP
Leavenworth, Kansas
[66048]



◇07620-030◇
David R Singh
U. S. Penitentiary
P.O. BOX 1000
Leavenworth, KS 66048-1000
United States

(SPECIAL LEGAL MAIL)

ATTN: PRISONER CORRESPONDENCE

◇07620-030◇
U S Dist Court S Dist Of Ia
Central Division
PO BOX 9344
DES Moines, IA 50306-9344
United States